UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARIA E. WAGNER and
KEVIN WAGNER,

vs.

THE SHERWIN-WILLIAMS COMPANY and
SHERWIN-WILLIAMS DEVELOPMENT

Defendants.

**NOTICE OF MOTION
TO COMPEL DISCOVERY**

Civil No.: 05-CV-0745 E/SR

---

| | |
|---|---|
| **MOTION BY:** | Defendants, The Sherwin-Williams Company and Sherwin-Williams Development |
| **RETURN DATE:** | To be determined by the Court. |
| **RELIEF REQUESTED:** | An Order, pursuant to FRCP 37(a) compelling plaintiffs to respond to discovery, and for a conference with the Court to reset a scheduling order, schedule a date for trial, and/or for settlement purposes. |
| **SUPPORTING PAPERS:** | All pleadings and proceedings herein, together with the annexed Affirmation of Christopher G. Floreale and its exhibits. |
| **ANSWERING PAPERS:** | To be served in accordance with the Court's schedule for this motion, and at least 7 days prior to the return date. |
| **CERTIFICATION:** | Moving counsel hereby certifies pursuant to FRCP 37(a)(2)(B) and local rule 37 that he has conferred in good faith with plaintiffs' counsel in an effort to obtain the material sought herein without Court action. |

DATED:    Buffalo, New York
          December 8, 2008

GOLDBERG SEGALLA LLP

By:   *s/Christopher G. Floreale*

Christopher G. Floreale
*Attorneys for Defendants*
665 Main Street, Suite 400
Buffalo, New York 14203
cfloreale@goldbergsegalla.com
Telephone:  (716) 566-5436
Facsimile:  (716) 566-5401

TO:   Martin J. Zuffranieri, Esq.
*Attorney for Plaintiffs*
The Eberhardt Mansion
2746 Delaware Avenue
Buffalo, New York 14217
(716) 875-5000

445777.1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARIA E. WAGNER and
KEVIN WAGNER,

vs.

THE SHERWIN-WILLIAMS COMPANY and
SHERWIN-WILLIAMS DEVELOPMENT

Defendants.

ATTORNEY AFFIRMATION

Civil No.: 05-CV-0745 E/SR

---

Christopher G. Floreale, an attorney duly admitted to practice before the Courts of

the State of New York, affirms the following under penalty of perjury:

1.      I am a member of the law firm of Goldberg Segalla LLP, counsel for

defendants.  As such, I am fully familiar with the facts, circumstances and prior pleadings

of this action.

2.      This affirmation is submitted in support of defendants' motion to compel

certain discovery of plaintiffs.

3.      This matter was commenced by the filing of a summons and complaint on

or about September 15, 2005, in New York State Supreme Court for Niagara County.

Defendants thereafter on October 19, 2005 filed a Notice of Removal.

4.      Defendants served an answer to the complaint October 24, 2005.

5.      This matter has moved very slowly.  The second scheduling order entered

for this matter has expired, with discovery closing in May of 2007 (Exhibit A, docket,

number 7).

6.     A conference was held before Hon. John T. Elfvin on June 22, 2007, to schedule a trial date. Instead, at that conference, counsel were advised that the matter was being reassigned to Judge Arcara (Exhibit A, docket number 8).

7.     There has been no activity in this matter and there are no pending deadlines for this matter since the June 22, 2007 conference (Exhibit B, deadlines/hearings for 1:05-cv-00745-RJA).

8.     In December of 2007, defendants, pursuant to an authorization provided by plaintiffs, received an extensive file from Social Security Disability. In connection with that file review, defendants requested a number of additional authorizations and information. To date, plaintiffs have not provided the requested authorizations and information (Exhibit C, letters dated December 5, 2007, May 1, 2008, and November 6, 2008). The foregoing constitutes defendants' good faith effort pursuant to FRCP 37(a)(2)(B) and Local Rule 37 that he has conferred in good faith with plaintiffs' counsel in an effort to obtain the material sought herein without Court action.

9.     Defendants believe that the information requested is material and necessary to defending the matter, and in evaluating the value of plaintiffs' claim.

10.     In an effort to move this matter forward, which as been lingering since 2005, defendants make this motion requesting an order compelling plaintiffs to provide the requested information and authorizations, as well as to schedule a conference with the Court, so that a new schedule can be put in place.

By:  *s/Christopher G. Floreale*

Affirmed under penalty of perjury December 8, 2008
445777.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2008, I electronically filed the foregoing motion to compel discovery with the Clerk of the Western District Court using its CM/ECF system.

I further certify that on December 8, 2008, I mailed a copy of the foregoing motion to compel to the following, non-CM/ECF participant:

Martin J. Zuffranieri, Esq.
*Attorney for Plaintiffs*
The Eberhardt Mansion
2746 Delaware Avenue
Buffalo, New York 14217
(716) 875-5000

GOLDBERG SEGALLA LLP

By:  *s/Christopher G. Floreale*

Christopher G. Floreale
*Attorneys for Defendants*
665 Main Street, Suite 400
Buffalo, New York 14203
cfloreale@goldbergsegalla.com
Telephone:  (716) 566-5436
Facsimile:  (716) 566-5401

# EXHIBIT A

SETTLE

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00745-RJA

Wagner et al v. The Sherwin-Williams Company et al
Assigned to: Hon. Richard J. Arcara
Referred to: Hon. H. Kenneth Schroeder, Jr (Settlement)
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 10/19/2005
Jury Demand: Defendant
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Maria E. Wagner**

represented by **Martin J. Zuffranieri**
Law Office of Martin J. Zuffranieri
2746 Delaware Avenue
Kenmore , NY 14217
716-875-5000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Wagner**

represented by **Martin J. Zuffranieri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Sherwin-Williams Company**

represented by **Christopher G. Floreale**
Goldberg Segalla LLP
665 Main Street
Suite 400
Buffalo , NY 14203
716-648-3020
Email: cfloreale@goldbergsegalla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Braden**
Goldberg Segalla LLP
665 Main Street
Suite 400
Buffalo , NY 14203
716-566-5400
Fax: 716-566-5401

Email: rbraden@goldbergsegalla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sherwin-Williams Development**      represented by   **Christopher G. Floreale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Braden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/19/2005 | 1 | NOTICE OF REMOVAL by The Sherwin-Williams Company, Sherwin-Williams Development, from Supreme Court Niagara County, case number 123315. (Filing fee $ 250 receipt number 18367)(DZ, ) (Entered: 10/20/2005) |
| 10/24/2005 | 2 | NOTICE of Appearance by Christopher G. Floreale on behalf of all defendants (Floreale, Christopher) (Entered: 10/24/2005) |
| 10/24/2005 | 3 | ANSWER to Complaint by The Sherwin-Williams Company, Sherwin-Williams Development.(Floreale, Christopher) (Entered: 10/24/2005) |
| 10/24/2005 | 4 | DEMAND for Trial by Jury by The Sherwin-Williams Company, Sherwin-Williams Development. (Floreale, Christopher) (Entered: 10/24/2005) |
| 11/03/2005 | 5 | Corporate Disclosure Statement by The Sherwin-Williams Company, Sherwin-Williams Development. (Floreale, Christopher) (Entered: 11/03/2005) |
| 11/03/2005 | | Set/Reset Hearings: Rule 16(b) Scheduling Conference set for 11/15/2005 03:15 PM before Hon. John T. Elfvin. The Court directs trial counsel to appear for rule 16 (b) conference. (It is strongly encouraged that the conference can be done by telephone (716) 551-4226; however, this must be pre-arranged by 11/9/05, in writing, with all parties agreeing as to who will initiate the conference call.) NOTICE: Failure to appear in person -- or by telephone, if pre-arranged -- may result in a dismissal of the lawsuit or an entry of default. (JBS, ) (Entered: 11/03/2005) |
| 11/15/2005 | | Minute Entry for proceedings held before Judge John T. Elfvin : Rule 16(b) Scheduling Conference held on 11/15/2005 via Telephone Conference. Court to issue Order. Appearances via telephone: Martin J. Zuffranieri, Paul McCormick. (JBS, ) (Entered: 11/16/2005) |
| 11/18/2005 | 6 | SCHEDULING ORDER: Discovery due by 9/19/2006. Motions due by 10/20/2006. Trial Date Status Conference set for 11/17/2006 at 3:00 PM before Hon. John T. Elfvin. Jurisdiction and power to participate herein as a facilitator in settlement discussions is hereby GRANTED to Magistrate Judge H. Kenneth Schroeder, Jr. Signed by Hon. John T. Elfvin on 11/16/05. (RAZ) (Entered: |

| | | |
|---|---|---|
| | | 11/18/2005) |
| 11/18/2005 | | CASE REFERRED to Magistrate Judge H. Kenneth Schroeder, Jr. for settlement purposes. (RAZ) (Entered: 11/18/2005) |
| 11/17/2006 | | Minute Entry for proceedings held before Judge John T. Elfvin : Scheduling Conference to Set a Date for Trial was held on 11/17/2006. Colloquy Court and Counsel. Court was advised by counsel that the case still has outstanding discovery. Court adjourned matter sine die. Counsel is to notify Court when discovery is completed and a date will be scheduled to Set a Date for Trial. Appearances: Martin J. Zuffranieri, Christopher G. Floreale. (Court Reporter HUNT.) (JBS, ) (Entered: 11/24/2006) |
| 01/22/2007 | 7 | SECOND SCHEDULING (TEXT) ORDER: Discovery due by 5/18/2007. Motions due by 6/8/2007. Trial Date Status Conference set for 6/22/2007 at 3:00 PM before Hon. John T. Elfvin.Issued by Hon. John T. Elfvin on 1/22/07. (RAZ) (Entered: 01/22/2007) |
| 06/22/2007 | | Minute Entry for proceedings held before Judge John T. Elfvin : Conference was scheduled to set a date for trial on 6/22/2007. The Court advised counsel the case would be referred to Chief Judge Richard J. Arcara. (Court Reporter HUNT-Patricia Galas.) (JBS) (Entered: 06/27/2007) |
| 07/22/2007 | | Case REASSIGNED to Judge Richard J. Arcara. Judge John T. Elfvin no longer assigned to the case. (RAZ) (Entered: 07/22/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/03/2008 09:42:51 | | | |
| PACER Login: | gs0467 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cv-00745-RJA |
| Billable Pages: | 2 | Cost: | 0.16 |

# EXHIBIT B

**1:05-cv-00745-RJA** Wagner et al v. The Sherwin-Williams Company et al
Richard J. Arcara, presiding
Date filed: 10/19/2005
Date of last filing: 07/22/2007

# Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated |
|---|---|---|---|---|---|
| 7 | Discovery Deadline | 01/22/2007 | 05/18/2007 | | |
| 7 | Motions Deadline | 01/22/2007 | 06/08/2007 | | |
| 7 | Trial Date Status Conference | 01/22/2007 | 06/22/2007 at 03:00 PM | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/03/2008 09:52:36 | | | |
| PACER Login: | gs0467 | Client Code: | |
| Description: | Deadline/Hearings | Search Criteria: | 1:05-cv-00745-RJA |
| Billable Pages: | 1 | Cost: | 0.08 |

# EXHIBIT C

# GOLDBERG SEGALLA LLP

*Attorneys at Law*

Christopher G. Floreale
Partner
Direct dial 716.566.5413
cfloreale@goldbergsegalla.com

665 Main Street / Suite 400
Buffalo, New York 14203-1425
716.566.5400 FAX 716.566.5401
www.goldbergsegalla.com

November 6, 2008

Martin J. Zuffranieri, Esq.
The Eberhardt Mansion
2746 Delaware Avenue
Buffalo, New York 14217

**THIRD REQUEST**

Re:   **Wagner v. Sherwin Williams**
      **Our File No. 14400.0012**

Dear Mr. Zuffranieri:

This is in furtherance of my letter of May 1, 2008, a copy of which in enclosed. To date, you have not provided the requested responses.

Additionally, Mrs. Wagner signed out her films in April of 2004 from Kenmore Mercy Hospital (a CT scan of head and spine dated 2/20/04) as well as films from St. Josephs' Hospital in April of 2004. Please advise the whereabouts of those films so that we can arrange for copies.

Lastly, we requested your assistance quite some time ago in securing the file from Progressive. You may recall that Progressive intend to charge us $1.95 per page for their file, a total of $1694.95. We have not been able to move them from this position. If the request is made by your office, the cost will be $.75 per page.

Kindly respond in the next 30 days to avoid motion practice with regard to all of the above.

Very truly yours,

Christopher G. Floreale

CGF/ljm
Enc.

Philadelphia ▪ New York ▪ Buffalo ▪ Rochester ▪ Syracuse ▪ Albany ▪ White Plains ▪ Long Island ▪ Princeton ▪ Hartford
Affiliated with Studio Legale Casini, Milan and Viareggio, Italy

# GOLDBERG SEGALLA LLP

*Attorneys at Law*

| PENNSYLVANIA | NEW YORK | NEW JERSEY |
|---|---|---|
| Philadelphia | Buffalo ∗ Syracuse ∗ Albany ∗ Manhattan | Princeton |
| | Rochester ∗ White Plains ∗ Long Island | |

Christopher G. Floreale

Direct dial 716.566.5413
cfloreale@goldbergsegalla.com

665 Main Street / Suite 400
Buffalo, New York 14203-1425
716.566.5400 FAX 716.566.5401
www.goldbergsegalla.com

May 1, 2008

Martin J. Zuffranieri, Esq.               **SECOND REQUEST**
The Eberhardt Mansion
2746 Delaware Avenue
Buffalo, New York 14217

Re:     **Wagner v. Sherwin Williams**
        **Our File No. 14400.0012**

Dear Mr. Zuffranieri:

On or about December 5, 2008, we forwarded you a copy of Mrs. Wagner's file that we received from Social Security Disability. At that time, we requested authorizations to obtain records as follows, based upon our review of the records contained within the Social Security file:

1.   St. Josephs' Hospital, 2605 Harlem Road, Cheektowaga, 14225, back to 1998;
2.   Leeland Jones MD, 1268 Orchard Park Road, West Seneca, 14224, back to 1998;
3.   Beverly Stewart, P.T., 1036 Olean Road, East Aurora, 14052, back to 1998;
4.   Dr. Kull, DDS, 4134 Seneca Street, West Seneca, 14224, back to 1998;
5.   James Corasanti, MD, 2625 Harlem Road, West Seneca, 14224, back to 1998;
6.   Dr. Sobie, 897 Delaware Avenue, Buffalo, 14203, back to 1998;
7.   Physicians MRI, 2625 Harlem Road, Suite 110 Cheektowaga, 14225, for cervical spine study of March 8, 2000 and brain study of May 8, 2002;
8.   Suburban Cardiology, Friedrich Albrecht, MD, 831 Maple Road, Williamsville, 14221, back to 2003;
9.   Cleveland Clinic Headache Center, 9500 Euclid Avenue, Cleveland, OH, 44195, back to 1999;
10.  Jeffrey Lewis MD, 550 Orchard Park Road, Suite A105, West Seneca, 14224, back to 1998.
11.  Dr. Lawrence (psychiatrist), please provide address, back to 1998;
12.  Patrick Hughes MD, 550 Orchard Park Road, West Seneca, 14224, back to 1993.

As of today's date, however, you have failed to provide authorizations as requested. Please provide the requested discovery within 30 days or we will have no option but to serve a motion to compel with respect to same.

Very truly yours,

Christopher G. Floreale

# GOLDBERG SEGALLA LLP

*Attorneys at Law*

| PENNSYLVANIA | NEW YORK | NEW JERSEY |
|---|---|---|
| Philadelphia | Buffalo × Syracuse × Albany × Manhattan | Princeton |
| | Rochester × White Plains × Long Island | |

Christopher G. Floreale

Direct dial 716.566.5413
cfloreale@goldbergsegalla.com

665 Main Street / Suite 400
Buffalo, New York 14203-1425
716.566.5400 FAX 716.566.5401
www.goldbergsegalla.com

December 5, 2007

Martin J. Zuffranieri, Esq.
The Eberhardt Mansion
2746 Delaware Avenue
Buffalo, New York 14217

> Re: **Wagner v. Sherwin Williams**
> **Our File No. 14400.0012**

Dear Mr. Zuffranieri:

Enclosed is a copy of Mrs. Wagner's file that we received from Social Security Disability. Please provide authorizations to obtain records as follows, based upon our review of the records contained in the Social Security file:

1. St. Josephs' Hospital, 2605 Harlem Road, Cheektowaga, 14225, back to 1998;
2. Leeland Jones MD, 1268 Orchard Park Road, West Seneca, 14224, back to 1998;
3. Beverly Stewart, P.T., 1036 Olean Road, East Aurora, 14052, back to 1998;
4. Dr. Kull, DDS, 4134 Seneca Street, West Seneca, 14224, back to 1998;
5. James Corasanti, MD, 2625 Harlem Road, West Seneca, 14224, back to 1998;
6. Dr. Sobie, 897 Delaware Avenue, Buffalo, 14203, back to 1998;
7. Physicians MRI, 2625 Harlem Road, Suite 110 Cheektowaga, 14225, for cervical spine study of March 8, 2000 and brain study of May 8, 2002;
8. Suburban Cardiology, Friedrich Albrecht, MD, 831 Maple Road, Williamsville, 14221, back to 2003;
9. Cleveland Clinic Headache Center, 9500 Euclid Avenue, Cleveland, OH, 44195, back to 1999;
10. Jeffrey Lewis MD, 550 Orchard Park Road, Suite A105, West Seneca, 14224, back to 1998.
11. Dr. Lawrence (psychiatrist), please provide address, back to 1998;
12. Patrick Hughes MD, 550 Orchard Park Road, West Seneca, 14224, back to 1993.

Thank you for your courtesy.

Very truly yours,

Christopher G. Floreale

CGF/ljm
Enc.354189.1

Affiliated with Studio Legale Casini, Milan and Viareggio, Italy